In the Matter of the Claim of MANUEL ROCHA, Respondent, against OTIS ELEVATOR Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.